IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-12451-BB

_____

PEOPLE'S PARTY OF FLORIDA,
ELISE MYSELS,
CAROLYN WOLFE,
VICTOR NIETO,

                                      Plaintiffs - Appellants,

versus

FLORIDA DEPARTMENT OF STATE, DIVISION OF ELECTIONS,
FLORIDA SECRETARY OF STATE,
in his official capacity,
PASCO COUNTY SUPERVISOR OF ELECTIONS,
in his official capacity,

                                      Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER:

      "Plaintiffs-Appellants' Motion to Expedite Appeal of Election Case" is GRANTED as follows:

            Appellees' answer brief is due on August 10, 2022.

            Appellants' reply brief is due on August 15, 2022.

      As to "Appellees' Motion to Dismiss Appeal as Moot:"

            Appellants' response to the motion is due on August 10, 2022.

            Appellees' reply in support to the motion is due on August 15, 2022.

Additionally, the Court DIRECTS the Clerk to expedite the appeal for merits disposition purposes, including oral argument if the Court deems oral argument in this case is warranted. The Court takes no position at this time on the appropriateness of oral argument.

/s/ Charles R. Wilson
UNITED STATES CIRCUIT JUDGE